TIMOTHY MOORE
1944 BIENVILLE DR
JACKSON, MS 39212

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

COMENITY
ATTN: BANKRUTPCY
PO BOX 182125
COLUMBUS, OH 43218

CONSUMER PORTFOLIO
ATTN: BANKRUPTCY
PO BOX 57071
IRVINE, CA 92619

FIDELITY BANK
222 BARONNE STREET
NEW ORLEANS, LA 70112

FINFIT
268 S STATE ST
STE 300
SALT LAKE CITY, UT 84111

FST FRKLN FI
ATTN: BANKRUPTCY
317 HIGHWAY 80 EAST
CLINTON, MS 39056

JUMIKA MOORE BROWN
2585 CRESTLEIGH MANOR
JACKSON, MS 39204

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MAGNOLIA FEDERAL CU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

SERVPRO
134 MARKETRIDGE DR
RIDGELAND, MS 39157

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

TRUSTMARK
PO BOX 23072
JACKSON, MS 39225-3072